IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **MARION STATE BANK** | * | **CIVIL ACTION NO. 3:16-CV-01436** |
| **v.** | * | **JUDGE ELIZABETH ERNY FOOTE** |
| **EVEREST NATIONAL INSURANCE CO.** | * | **MAGISTRATE KAREN L. HAYES** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Marion State Bank ("Marion State"), and Defendant, Everest National Insurance Company ("Everest"), respectfully file this Joint Motion to Dismiss with Prejudice, alleging as follows:

Marion State and Everest have entered into a confidential Compromise Agreement that resolves all disputes between them in this lawsuit, including the dismissal of all claims Marion State has against Everest, with prejudice.

WHEREFORE, the parties respectfully request that this Court dismiss all claims brought by Marion State Bank against Everest National Insurance Company, with prejudice, with each party to bear its costs.

Respectfully submitted,

BREITHAUPT, DUNN, DUBOS,
SHAFTO & WOLLESON, LLC
1811 Tower Drive, Suite D
Monroe, Louisiana  71201
Telephone:   (318) 322-1202
*Russell A. Woodard, Jr.* (34,163)
*Counsel for Marion State Bank*

and

2

KREBS│FARLEY P.L.L.C.

*/s/ Richard E. Baudouin*
MATT J. FARLEY (La. Bar #5447)
REBECCA B. FARINA (La. Bar #33824)
RICHARD E. BAUDOUIN (La. Bar #31032)
400 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone:   (504) 299-3570
Facsimile:    (504) 299-3582
E-mail:         mfarley@kfplaw.com
                    rfarina@kfplaw.com
                    rbaudouin@kfplaw.com

ATTORNEYS FOR EVEREST NATIONAL INSURANCE COMPANY